JENNIE R. ADRAIN et al., appellants-respondents,

*v.*

JEAN LIVINGSTON KOCH et al., appellants-respondents.

[Argued December 2d, 1914.   Decided March 1st, 1915.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Howell, whose opinion is reported in *83 N. J. Eq. 484.*

*Messrs. Pitney, Hardin & Skinner* and *Messrs. Lindabury, Depue & Faulks,* for the complainants.

*Mr. Edward M. Colie,* for the defendants.

PER CURIAM.

The decree order appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Howell.

*For affirmance*—THE CHIEF-JUSTICE, GARRISON, SWAYZE, TRENCHARD, PARKER, BERGEN, MINTURN, KALISCH, BLACK, BOGERT, VREDENBURGH, WHITE, TERHUNE, HEPPENHEIMER; WILLIAMS—15.

*For reversal*—None.